

# Fourth Court of Appeals
## San Antonio, Texas

April 26, 2016

No. 04-15-00796-CR

Dennis **COSBY,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 437th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR3606
Honorable Philip Kazen, Judge Presiding

# O R D E R

On April 5, 2016, after notifying appellant of a missed deadline to file his brief, this Court granted appellant a 10-day extension of time, to April 15, 2016. Appellant failed to file his brief.

Pursuant to rule 38.8(b)(2) of the Texas Rules of Appellate Procedure, we abate this case to the trial court and ORDER the trial court to conduct a hearing to answer the following questions:

(1) Does appellant desire to prosecute his appeal?

(2) Is appellant indigent? If appellant is indigent, the trial court shall take such measures as may be necessary to assure the effective assistance of counsel, which may include the appointment of new counsel.

(3) Has appointed counsel abandoned the appeal? Because sanctions may be necessary, the trial court should address this issue even if new counsel is retained or substituted before the date of the hearing.

The trial court may, in its discretion, receive evidence on the first two questions by sworn affidavit from the appellant. The trial court shall, however, order appellant's counsel to be present at the hearing.

The trial court is further ORDERED to hold this hearing within 15 days of the date of this order. It is also ORDERED that a supplemental clerk's and reporter's records of this hearing be filed in this court, no later than 30 days from the date of this order, which shall include: (1) a transcription of the hearing and copies of any documentary evidence admitted, (2) written findings of fact and conclusions of law, and (3) recommendations addressing the above enumerated questions. All appellate filing dates are ABATED pending further orders from this court.

_____
Jason Pulliam, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of April, 2016.

_____
Keith E. Hottle
Clerk of Court